PER CURIAM.
We affirm. In the absence of fundamental error, sentencing errors not brought to the attention of the trial court as required by Florida Rule of Appellate Procedure 9.140(d) may not be raised for the first time on appeal. Fla. R.App. P. 9.140(d); Fla. R.Crim. P. 3.800; § 924.051(3) Fla. Stat. (Supp.1996). See Pryor v. State, 1997 WL 667605, — So.2d - (Fla. 3d DCA October 29, 1997); Callins v. State, 698 So.2d 883 (Fla. 4th DCA 1997).
AFFIRMED.
DELL, WARNER and PARIENTE, JJ., concur.